**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, | |
| Plaintiff, | Case No.: 1:25-cv-11009 |
| v. | District Judge Elaine E. Bucklo |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A HERETO, | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, September 25, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, the Plaintiff shall appear before the Honorable Judge Elaine E. Bucklo, or any other judge sitting in her place, in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion(s) For Leave to File Exhibit Under Seal. (Dkts. 5 and 12).

1

DATED: September 18, 2025                    Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on September 18, 2025.

                */s/ Matthew A. Werber*
                Matthew A. Werber